UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Rodney Patton

           Plaintiff,

v.                                             Case No.: 1:22−cv−05673
                                                  Honorable Sharon Johnson Coleman

Tarry Williams

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 6, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Because of the new factual assertions made in Petitioner's reply, the Court grants Respondent's motion for leave to file a sur−reply [27]. Respondent shall file the sur−reply as a separate docket entry. Next, Petitioner moves for sanctions for Respondent's failure to produce Petitioner's motion for reconsideration filed in state court. Because the Respondent did file a copy of Petitioner's state court motion with the Court [20−13], Petitioner's motion for sanctions [24] is denied. Petitioner's motion for production of the state court record [25] is similarly denied. In addition, Petitioner's motion to amend his motion for production [30] is stricken as moot. Finally, Petitioner filed a "motion for fact−finding procedures," arguing that the assertions made in Respondent's motion to dismiss are controverted by the record. The Court will assess the Respondent's motion to dismiss and determine whether a hearing is necessary to proceed. Petitioner's motion [26] is denied without prejudice. Mailed notice. (ym,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.